IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

NO: 14-4477

| | |
|---|---|
| THE UNITED STATES OF AMERICA, vs. CHARLES CARTER APPELLANT. | *MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX* |

    Comes now the Appellant, by and through undersigned counsel, and moves the Court to allow him an additional thirty (30) days in which to file the Appellant's Brief and Joint Appendix. This request is made in good faith and not for the purpose of delay. Counsel has discussed this request with Assistant United States Attorney Stacey D. Haynes, who consents to an extension.

    The Appellant's Brief and Joint Appendix are due to be filed on September 15, 2014. Counsel requests an additional thirty (30) days to prepare Appellant's Brief and Appendix. Counsel is a solo practitioner and has been preparing several other state and federal cases and needs additional time.

    Wherefore, counsel for Appellant prays the court will grant thirty (30) days extension to file Appellant's Brief and Joint Appendix.

                                      Respectfully submitted,

                                      _____
                                      Steven M. Hisker
                                      HISKER LAW FIRM, PC
                                      126 East Main Street
                                      Duncan, South Carolina 29334
                                      SteveHisker@gmail.com
                                      864-921-1432

                                      ATTORNEY FOR THE APPELLANT
                                      FEDERAL ID #: 7666

August 28, 2014