IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

NO: 14-4477

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> vs. <br><br> CHARLES CARTER <br><br> APPELLANT. | *MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX* |

 Comes now the Appellant, by and through undersigned counsel, and moves the Court to allow him an additional thirty (30) days in which to file the Appellant's Brief and Joint Appendix. This request is made in good faith and not for the purpose of delay. Counsel has discussed this request with Assistant United States Attorney Stacey D. Haynes, who consents to an extension.

 The Appellant's Brief and Joint Appendix are due to be filed on October 15, 2014. Counsel requests an additional thirty (30) days to prepare Appellant's Brief and Appendix. Counsel is a solo practitioner and has been preparing several other state and federal cases and needs additional time.

 Wherefore, counsel for Appellant prays the court will grant thirty (30) days extension to file Appellant's Brief and Joint Appendix.

        Respectfully submitted,

        _____
        Steven M. Hisker
        HISKER LAW FIRM, PC
        126 East Main Street
        Duncan, South Carolina  29334
        SteveHisker@gmail.com
        864-921-1432

        ATTORNEY FOR THE APPELLANT
        FEDERAL ID #: 7666

October 8, 2014