FILED: November 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4477

(3:12-cr-00559-CMC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHARLES TARRON CARTER

      Defendant - Appellant

_____

O R D E R

_____

      The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

      Appendix due: 11/25/2014

      Opening brief due: 11/25/2014

      Response brief due: 12/16/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>