FILED: November 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4477
(3:12-cr-00559-CMC-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHARLES TARRON CARTER

       Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk